Lanzinger, J.,
dissenting.
{¶ 25} The amendment to R.C. 1509.03(B)(1) specifying that division (B)(1) “does not apply to a permit issued under section 1509.06 of the Revised Code,” 2012 Am.Sub.S.B. No. 315, did not become effective until September 10, 2012. The previous month, on August 8, the commission had decided the merits of the appeal by affirming the issuance of the drilling permit to Chesapeake and no *210 party had appealed the commission’s August 8 order. Because I do not believe that the commission patently and unambiguously lacked jurisdiction at the time that it acted, I respectfully dissent from the order granting the writ of prohibition.
Vorys, Sater, Seymour & Pease, L.L.P., John K. Keller, Robert J. Krummen, and Daniel E. Shuey, for relator.
Michael DeWine, Attorney General, and William J. Cole and Brandon C. Duck, Assistant Attorneys General, for respondents.